IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTYNA MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-566 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| UNKNOWN FRANCHISEE | ) | |
| And MARRIOTT | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 13, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 59) recommending that Defendant's Motion to Dismiss the Amended Complaint for Failure to State a Claim filed by Unknown Franchisee, identified as Moody National SHS Pittsburgh MT, LLC, (Doc. 45), be granted in part and denied in part.  Specifically, the Magistrate Judge recommends that the Motion should be granted as it relates to the issue of negligent interference with contract but denied in all other respects.  Service of the R&R was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, the following Order is entered:  Defendant's Motion to Dismiss (**Doc. 45**) is **GRANTED IN PART AND DENIED IN PART**, in that Count II against Defendant Unknown Franchisee (Moody

National SHS Pittsburgh MT, LLC) is **DISMISSED WITH PREJUDICE**, and the R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

November 18, 2021                    s\Cathy Bissoon
                                     Cathy Bissoon
                                     United States District Judge

cc (via ECF email notification):

All Counsel of Record